# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:20-CR-00048-12** |
| **VERSUS** | **JUDGE JUNEAU** |
| **ASHLEY SIAS** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation, Rec. Doc. 316. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the guilty plea of the Defendant, Ashley Sias, is **ACCEPTED** and she is finally adjudged guilty of the offense charged in Count One of the Bill of Information.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 8th day of July, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE